# PERRY v. LOUISIANA

No. 89–5120.    Argued October 2, 1990—Decided November 13, 1990

*Keith B. Nordyke* argued the cause for petitioner.    With him on the brief were *June E. Denlinger* and *Joe Giarrusso, Jr.*

*Rene I. Salomon,* Assistant Attorney General of Louisiana, argued the cause for respondent.    With him on the brief were *William J. Guste, Jr.,* Attorney General, and *M. Patricia Jones,* Assistant Attorney General.*

PER CURIAM.

The judgment is vacated and the case is remanded to the 19th Judicial District Court of Louisiana for further consideration in light of *Washington* v. *Harper,* 494 U. S. 210 (1990).

*It is so ordered.*

JUSTICE SOUTER took no part in the consideration or decision of this case.

---

*Briefs of *amici curiae* urging reversal were filed by the American Psychiatric Association et al. by *Joel L. Klein, Joseph N. Onek, Richard G. Taranto, Carter G. Phillips*, and *Kirk B. Johnson;* and for the Coalition for Fundamental Rights and Equality of Ex-patients by *Peter Margulies.*